UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON J. BURCHETT
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

ONRAMP BITCOIN LLC

    Defendant.

_____/

Case No. 1:23-cv-10121-JLR

Defendant's motion to set aside default judgment (ECF No. 15) is GRANTED. Defendant shall answer or otherwise respond to the Complaint by **January 23, 2024**.

Dated: January 2, 2024
      New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**NOTICE**

Defendant, ONRAMP BITCOIN LLC ("Defendant"), by and through its undersigned counsel, hereby notifies the Court that Plaintiff has provided consent to, and does not oppose, the relief requested in Defendant's Motion to Set Aside Default [D.E. 15]:

Dated December 29, 2023

    Respectfully submitted,

    /s/Darren Heitner
    HEITNER LEGAL, P.L.L.C.
    215 Hendricks Isle
    Fort Lauderdale, FL 33301
    darren@heitnerlegal.com
    Ph.   (954) 558-6999
    *Attorney for Defendant*